# EXHIBIT 1



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

null / ALL
Transmittal Number: 16130711
Date Processed: 01/20/2017

| | |
|---|---|
| **Primary Contact:** | Vincent LaMonaca<br>QVC, Inc.<br>1200 Wilson Drive<br>Mail Code 207<br>West Chester, PA 19380 |
| **Electronic copy provided to:** | Barbara Miller |
| **Entity:** | QVC, Inc.<br>Entity ID Number 1560661 |
| **Entity Served:** | QVC, Inc. |
| **Title of Action:** | Deidre Lewis vs. QVC, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Orange County Superior Court, California |
| **Case/Reference No:** | 30-2016-00883289-CU-PL-CJC |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 01/18/2017 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Christopher T. Aumais<br>213-977-0211 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:** QVC, INC., a Delaware corporation and DOES 1-100,
*(AVISO AL DEMANDADO):*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

01/17/2017 at 11:10:00 AM

Clerk of the Superior Court
By Monique Ramirez, Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:** DEIDRE LEWIS, an individual
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
ORANGE COUNTY SUPERIOR COURT
700 Civic Center Drive West
Santa Ana, CA 92701
CENTRAL JUSTICE CENTER

**CASE NUMBER:** *(Número del Caso):* Judge James Crandall
30-2016-00883289-CU-PL-CJC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
GIRARDI | KEESE        213-977-0211
Christopher T. Aumais, SBN: 249901 / Ashkahn Mohamadi, SBN: 299029
1126 Wilshire Blvd.
Los Angeles, CA 90017

**DATE:** 01/17/2017  DAVID H. YAMASAKI, Clerk of the Court  Clerk, by _Monique Ramirez_, Deputy
*(Fecha)*                                                    *(Secretario)*                        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* QVC, Inc
   under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

1/18/17

GIRARDI | KEESE
CHRISTOPHER T. AUMAIS, State Bar No. 249901
ASHKAHN MOHAMADI, State Bar No. 299029
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for PLAINTIFF

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

10/26/2016 at 11:25:01 AM

Clerk of the Superior Court
By Alan Silva, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE

DEIDRE LEWIS, an individual,

    Plaintiff,

v.

QVC, INC., a Delaware corporation and DOES 1-100,

    Defendants.

CASE NO:. 30-2016-00883289-CU-PL-CJC
Judge James Crandall

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

1. STRICT PRODUCTS LIABILITY: MANUFACTURING DEFECT
2. STRICT PRODUCTS LIABILITY: DESIGN DEFECT
3. STRICT PRODUCTS LIABILITY: FAILURE TO WARN
4. NEGLIGENCE

Plaintiff DEIDRE LEWIS, an individual, (hereinafter referred to as "PLAINTIFF") hereby complains and alleges against Defendant QVC, INC., a Delaware corporation; and DOES 1-100, inclusive, (hereinafter referred to as "DEFENDANTS") as follows:

**INTRODUCTION**

1. On March 3, 2016, PLAINTIFF suffered injuries and damages when a Cook's Essentials Programmable Pressure Cooker, Model: CEPC600S (hereinafter referred to as "SUBJECT COOKER"), exploded while in use.

2. The SUBJECT COOKER was designed, manufactured, and distributed by DEFENDANTS.

**PARTIES**

3. Plaintiff, DEIDRE LEWIS is an individual residing in Tustin, California.

4. Defendant, QVC, INC. is a Delaware corporation that conducts continuous and

1
COMPLAINT FOR DAMAGES

1  systematic business within, and has substantial contacts with the state of California.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter because Defendant QVC, INC. conducts business in, and has substantial contacts within, the State of California.

6. This Court has jurisdiction over this matter because PLAINTIFF is domiciled in Orange County, California.

7. Venue is proper in the County of Orange pursuant to section 395(a) of the *California Code of Civil Procedure* because the incident at the core of this lawsuit occurred at in Tustin, California.

## GENERAL ALLEGATIONS

8. On March 3, 2016, PLAINTIFF suffered injuries and damages when a Cook's Essentials Programmable Pressure Cooker, Model: CEPC600S (hereinafter referred to as "SUBJECT COOKER"), exploded while in use (hereinafter referred to as "SUBJECT INCIDENT").

9. The SUBJECT COOKER was designed, manufactured, and distributed by DEFENDANTS.

10. As a result, PLAINTIFF suffered injuries and damages including but not limited to a traumatic brain injury, 2nd and 3rd degree burns to her body, and various orthopedic injuries.

11. Moreover, PLAINTIFF was pregnant at the time of the SUBJECT INCIDENT, and was moments away from undergoing an abortion due to her injuries. The health of her unborn child is still unclear.

## FIRST CAUSE OF ACTION

### STRICT PRODUCTS LIABILITY

(By PLAINTIFF Against DEFENDANTS)

12. PLAINTIFF incorporates by reference all paragraphs of this complaint, and repeats all allegations of said paragraphs, as though set forth herein.

13. DEFENDANTS manufactured, distributed, and sold the SUBJECT COOKER.

14. The SUBJECT COOKER contained a manufacturing defect when it left

DEFENDANTS' possession.

15. Plaintiff DEIDRE LEWIS was harmed while using the SUBJECT COOKER in an intended or reasonably foreseeable manner.

16. The SUBJECT COOKER'S manufacturing defect was a substantial factor in causing said harm.

## SECOND CAUSE OF ACTION

### STRICT PRODUCTS LIABILITY: DESIGN DEFECT

#### (By PLAINTIFF against DEFENDANTS)

17. PLAINTIFF incorporates by reference all paragraphs of this complaint, and repeats all allegations of said paragraphs, as though set forth herein.

18. DEFENDANTS manufactured, designed, distributed, and sold the SUBJECT COOKER.

19. The SUBJECT COOKER did not perform as safely as an ordinary consumer would have expected it to perform when used or misused in an intended or reasonably foreseeable way.

20. Plaintiff DEIDRE LEWIS was harmed while using the SUBJECT COOKER in an intended or reasonably foreseeable manner.

21. The SUBJECT COOKER'S failure to perform safely was a substantial factor in causing said harm.

## THIRD CAUSE OF ACTION

### STRICT PRODUCTS LIABILITY: FAILURE TO WARN

#### (By PLAINTIFF against DEFENDANTS)

22. PLAINTIFF incorporates by reference all paragraphs of this complaint, and repeats all allegations of said paragraphs, as though set forth herein.

23. DEFENDANTS manufactured, designed, distributed, and sold the SUBJECT COOKER.

24. The SUBJECT COOKER had potential risks that were known, or knowable in light of the scientific knowledge that was generally accepted in the scientific community, at the time of manufacture, distribution, and sale.

25. The potential risks presented a substantial danger when the SUBJECT COOKER is used or misused in an intended or reasonably foreseeable way.

26. Ordinary consumers would not have recognized the potential risks.

27. DEFENDANTS failed to adequately warn, or instruct, of the potential risks.

28. PLAINTIFF was harmed while using the SUBJECT COOKER in an intended or reasonably foreseeable manner.

29. The lack of sufficient warning or instruction was a substantial factor in causing said harm.

### FOURTH CAUSE OF ACTION

### NEGLIGENCE

### (By PLAINTIFF against DEFENDANTS)

30. PLAINTIFF incorporates by reference all paragraphs of this complaint, and repeats all allegations of said paragraphs, as though set forth herein.

31. DEFENDANTS manufactured, assembled, designed, supplied, inspected, sold, and distributed the SUBJECT COOKER.

32. DEFENDANTS negligently manufactured, assembled, designed, supplied, inspected, sold, and distributed the SUBJECT COOKER.

33. DEFENDANTS knew or reasonably should have known that the SUBJECT COOKER was dangerous or was likely to be dangerous when used or misused in a reasonably foreseeable manner.

34. DEFENDANTS knew or reasonably should have known that users would not realize the danger.

35. DEFENDANTS failed to adequately warn of the danger or instruct on the safe use of the SUBJECT COOKER.

36. A reasonable manufacturer, distributor, or seller, under the same or similar circumstances, would have warned of the danger or instructed on the safe use of the SUBJECT COOKER.

37. PLAINTIFF was harmed while using the SUBJECT COOKER in an intended or

reasonably foreseeable manner.

38. DEFENDANTS' negligence and failure to sufficiently warn or instruct was a substantial factor in causing said harm.

## PRAYER FOR RELIEF

Wherefore, PLAINTIFF, prays for judgment against Defendant QVC, INC., and DOES 1 through 100, and each of them, as follows:

1. For compensatory and general damages;
2. For past, current, and future medical expenses;
3. For costs of suit herein incurred;
4. For interest upon any judgment entered as provided by law; and
5. For such other and further relief as the Court may deem proper.

DATED: October 24, 2016        GIRARDI | KEESE

By: _____
CHRISTOPHER T. AUMAIS
Attorneys for PLAINTIFF

///

## JURY DEMAND

PLAINTIFF hereby demands a trial by jury on all claims so triable.

DATED: October 24, 2016        GIRARDI | KEESE

By: _____
CHRISTOPHER T. AUMAIS
Attorneys for PLAINTIFF

5
COMPLAINT FOR DAMAGES

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
GIRARDI | KEESE
Christopher t. Aumais, SBN: 249901 / Ashkahn Mohamadi, SBN: 299029
1126 Wilshire Blvd.
Los Angeles, CA 90017
 TELEPHONE NO.: 213-977-0211  FAX NO.: 213-481-1554
ATTORNEY FOR *(Name)*: PLAINTIFF

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
 STREET ADDRESS: 700 Civic Center Drive West
 MAILING ADDRESS: 700 civic Centre Drive West
 CITY AND ZIP CODE: Santa Ana, CA 92701
 BRANCH NAME: CENTRAL JUSTICE CENTER

CASE NAME:
LEWIS v. QVC, INC., et al.

**FOR COURT USE ONLY**

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

10/26/2016 at 11:25:01 AM

Clerk of the Superior Court
By Alan Silva, Deputy Clerk

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 30-2016-00883289-CU-PL-CJC |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Judge James Crandall  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[✓] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a.[✓] monetary b.[ ] nonmonetary; declaratory or injunctive relief c.[ ] punitive
4. Number of causes of action *(specify)*: 4
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 24, 2016
ASHKAHN MOHAMADI, Esq.
(TYPE OR PRINT NAME)                                   ► (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use  Judicial Council of California  CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;  Cal. Standards of Judicial Administration, std. 3.10  www.courtinfo.ca.gov |

| | | |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | | **FOR COURT USE ONLY**<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE |
| PLANTIFF: DEIDRE LEWIS | | Oct 31, 2016 |
| DEFENDANT: QVC, INC. | RECEIVED | |
| Short Title: LEWIS vs. QVC, INC. | NOV - 4 2016 | ALAN CARLSON, Clerk of the Court<br>By: Julie Carney, Deputy |
| **NOTICE OF HEARING** | GIRARDI & KEESE | CASE NUMBER:<br>30-2016-00883289-CU-PL-CJC |

Please take notice that a(n), Case Management Conference has been scheduled for hearing on 02/07/2017 at 08:30:00 AM in Department C33 of this court, located at Central Justice Center.

1/23  CMC Stmt due
1/9   Meet & confer

Clerk of the Court, By: _Julie Carney_ , Deputy

---

**NOTICE OF HEARING**                                      Page: 1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

SHORT TITLE: LEWIS vs. QVC, INC.

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: 30-2016-00883289-CU-PL-CJC |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practice and addressed as indicated below. The certification occurred at Santa Ana, California, on 10/31/2016. Following standard court practice the mailing will occur at Sacramento, California on 11/01/2016.

Clerk of the Court, by: _Julie Carney_ , Deputy

GIRARDI KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CA 90017-1904

SUPERIOR COURT OF CALIFORNIA
ORANGE COUNTY
Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701



150.CRT30.240349.S1
GIRARDI KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CA 90017-1904



**RECEIVED**
FEB 16 2017
**by Legal Dept.**

# Notice of Service of Process

TRL / ALL
Transmittal Number: 16244903
Date Processed: 02/15/2017

| | |
|---|---|
| Primary Contact: | Vincent LaMonaca<br>QVC, Inc.<br>1200 Wilson Drive<br>Mail Code 207<br>West Chester, PA 19380 |
| Electronic copy provided to: | Barbara Miller |
| Entity: | QVC, Inc.<br>Entity ID Number  1560661 |
| Entity Served: | QVC, Inc. |
| Title of Action: | Deidre Lewis vs. QVC, Inc |
| Document(s) Type: | Notice |
| Nature of Action: | Product Liability |
| Court/Agency: | Orange County Superior Court, California |
| Case/Reference No: | 30-2016-00883289-CU-PL-CJC |
| Jurisdiction Served: | California |
| Date Served on CSC: | 02/13/2017 |
| Answer or Appearance Due: | 04/14/2017 |
| Originally Served On: | CSC |
| How Served: | Regular Mail |
| Sender Information: | Christopher T. Aumais<br>213-977-0211 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscglobal.com

```
1  CHRISTOPHER T. AUMAIS, State Bar No. 249901
   ASHKAHN MOHAMADI, State Bar No. 299029
2  GIRARDI | KEESE
   1126 Wilshire Boulevard
3  Los Angeles, California 90017
4  Telephone: (213) 977-0211
   Facsimile: (213) 481-1554
5
6  Attorneys for PLAINTIFF
7
8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                            COUNTY OF ORANGE
10
```

| | |
|---|---|
| DEIDRE LEWIS, an individual, | CASE NO:. 30-2016-00883289-CU-PL-CJC |
| Plaintiff, | |
| v. | NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE |
| QVC, INC., a Delaware corporation; SPECTRUM BRANDS, INC., a Wisconsin corporation; RUSSELL HOBBS, INC., a wholly owned subsidiary of SPECTRUM BRANDS, INC.; SALTON, INC., a wholly owned subsidiary of SPECTRUM BRANDS, INC.; QVC ONTARIO, LLC., a Delaware corporation; PICK FIVE IMPORTS, INC., a California corporation; and DOES 1-100, inclusive, | DATE:  April 4, 2017<br>TIME:   8:30 a.m.<br>DEPT:   C33 |
| Defendants. | |

PLEASE TAKE NOTICE that the Case Management Conference is continued from February 7, 2017 to **April 4, 2017** at **8:30 a.m.** in Department C33 of the above-referenced court.

/ / /

/ / /

/ / /

/ / /

1
NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE

1 | Plaintiff to give notice.

2

3 | DATED: February 10, 2017    **GIRARDI | KEESE**

4

5 | By: _____

6 | CHRISTOPHER T. AUMAIS, ESQ.
ASHKAHN MOHAMADI, ESQ.

7 | Attorneys for PLAINTIFF

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904.

On February 10, 2017, I served true copies of the following document described as **NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Girardi | Keese for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 10, 2017, at Los Angeles, California.

Rita Juarez

3
NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE

SERVICE LIST

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833
Agent for service of process for Defendant QVC, INC.

4
NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE

U.S. POSTAGE >> PITNEY BOWES

ZIP 90017 $ 000.46⁴
02 4W
0000333925 FEB. 10. 2017

**GIRARDI AND KEESE**
LAWYERS
1126 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017-1904

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833